# EXHIBIT A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/28/2025
CT Log Number 550484973

## Service of Process Transmittal Summary

**TO:** Teresa Stovall, Paralegal
Northrop Grumman Systems Corporation
2980 FAIRVIEW PARK DR MS 12183A
FALLS CHURCH, VA 22042-4511

**RE:** **Process Served in New York**

**FOR:** Northrop Grumman Corporation (Former Name) (Domestic State: DE)
Northrop Grumman Systems Corporation (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: RICHARD C TODD JR. and VICKY TODD // To: Northrop Grumman Corporation |
| **CASE #:** | 251002468 |
| **NATURE OF ACTION:** | Asbestos Litigation - Personal Injury |
| **PROCESS SERVED ON:** | C T Corporation System, New York, NY |
| **DATE/METHOD OF SERVICE:** | By Process Server on 10/28/2025 at 10:54 |
| **JURISDICTION SERVED:** | New York |
| **ACTION ITEMS:** | CT will retain the current log<br>Image SOP<br>Email Notification, Jacquelyn Riggs jacquelyn.riggs@ngc.com<br>Email Notification, Teresa Stovall teresa.stovall@ngc.com<br>Email Notification, Veena Viswanatha veena.viswanatha@ngc.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>877-564-7529<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Oct 28, 2025
**Server Name:** Alex Colon

| | |
|---|---|
| Entity Served | NORTHROP-GRUMANN CORPORATION |
| Case Number | 251002468 |
| Jurisdiction | NY |

| Inserts | | |
|---|---|---|
| | | |

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

OCTOBER 2025 02468

E-Filing Number: 2510048310

| | |
|---|---|
| PLAINTIFF'S NAME<br>RICHARD C. TODD JR | DEFENDANT'S NAME<br>84 LUMBER COMPANY |
| PLAINTIFF'S ADDRESS<br>32 STONEY RUN ROAD<br>DILLSBURG PA 17019 | DEFENDANT'S ADDRESS<br>1019 ROUTE 519<br>EIGHTY FOUR PA 15330 |
| PLAINTIFF'S NAME<br>VICKY E. TODD | DEFENDANT'S NAME<br>CARRIER CORPORATION |
| PLAINTIFF'S ADDRESS<br>32 STONEY RUN ROAD<br>DILLSBURG PA 17019 | DEFENDANT'S ADDRESS<br>600 MAMARONECK AVENUE, #400<br>HARRISON NY 10528 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>CURTISS-WRIGHT CORPORATION |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>10 WATERVIEW BOULEVARD, 2ND FLOOR<br>PARSIPPANY NJ 07054 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 25 | ☒ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☐ Writ of Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration ☒ Mass Tort ☐ Commerce ☐ Settlement<br>☐ Jury ☐ Savings Action ☐ Minor Court Appeal ☐ Minors<br>☐ Non-Jury ☐ Petition ☐ Statutory Appeals ☐ W/D/Survival<br>☐ Other: |

CASE TYPE AND CODE
T1 - MASS TORT - ASBESTOS

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

FILED
PRO PROTHY
OCT 21 2025
B. BALILONIS

IS CASE SUBJECT TO COORDINATION ORDER?
YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: RICHARD C TODD JR, VICKY E TODD

Papers may be served at the address set forth below.

| | |
|---|---|
| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>JASON B. DUNCAN | ADDRESS<br>220 LAKE DRIVE EAST<br>SUITE 220<br>CHERRY HILL NJ 08002 |
| PHONE NUMBER (856)406-3965 FAX NUMBER (856)755-1995 | |
| SUPREME COURT IDENTIFICATION NO.<br>87946 | E-MAIL ADDRESS<br>jduncan@weitzlux.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*JASON DUNCAN* | DATE SUBMITTED<br>Tuesday, October 21, 2025, 05:21 pm |

Alex Colon
2066997-DCA
2025/10/28 10:54

**COMPLETE LIST OF DEFENDANTS:**

1. 84 LUMBER COMPANY
   1019 ROUTE 519
   EIGHTY FOUR PA 15330
2. CARRIER CORPORATION
   600 MAMARONECK AVENUE, #400
   HARRISON NY 10528
3. CURTISS-WRIGHT CORPORATION
   10 WATERVIEW BOULEVARD, 2ND FLOOR
   PARSIPPANY NJ 07054
4. DCO LLC
   ALIAS: F/K/A DANA COMPANIES, LLC
   CT CORPORATION 4701 COX ROAD, #285,
   GLEN ALLEN VA 23060
5. EATON HYDRAULICS LLC
   ALIAS: INC.)
   CT CORPORATION SYSTEM 28 LIBERTY ST, 42ND FL
   NEW YORK NY 10005
6. ELECTROLUX HOME PRODUCTS, INC.
   ALIAS: INDIVIDUALLY, AND AS SUCCESSOR TO TAPPAN AND COPES-VULCAN
   CT CORPORATION 28 LIBERTY STREET
   NEW YORK NY 10005
7. FEDERAL- MOGUL ASBESTOS PERSONAL INJURY TRUST
   ALIAS: AS A SUCCESSOR TO FELT PRODUCTS MFG. CO.
   C/O WILMINGTON TRUST SP SERVIC 1105 N. MARKET STREET, SUITE 1300
   WILMINGTON DE 19801
8. GENERAL ELECTRIC COMPANY
   ELECTRIC INSURANCE COMPANY 75 SAM FONZO DRIVE
   BEVERLY MA 01915
9. GENUINE PARTS COMPANY
   ALIAS: TRADING AS NAPA AUTO PARTS
   CT CORP 289 S. CULVER STREET
   LAWRENCEVILLE GA 30046
10. GOULDS PUMPS LLC
    CT CORPORATION SYSTEM 28 LIBERTY ST, 42ND FL
    NEW YORK NY 10005
11. ITT LLC.,
    ALIAS: MANUFACTURING CO., INC.
    CT CORPORATION 28 LIBERTY ST.
    NEW YORK NY 10005
12. JOY GLOBAL SURFACE MINING INC.,
    ALIAS: F/K/A P&H MINING EQUIPMENT INC.
    CT CORP 301 S. BEDFORD STREET SUITE 1
    MADISON WI 53703
13. MORSE TEC LLC
    ALIAS: BORG-WARNER CORPORATION
    CT CORPORATION 1209 ORANGE STREET
    WILMINGTON DE 19801
14. NAVISTAR, INC.
    ALIAS: HARVESTER, INC.
    CSC 80 STATE STREET
    ALBANY NY 12207
15. NORTHROP-GRUMANN CORPORATION
    ALIAS: I/A/A/S/I/I/T GRUMMAN CORPORATION, AND GRUMMAN FLXIBLE
    CT CORPORATION 28 LIBERTY STREET 42ND FLOOR
    NEW YORK NY 10005
16. PARAMOUNT GLOBAL
    ALIAS: A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORP
    ECKERT SEAMANS CHERIN & MELLOT CASE MANAGEMENT & TECHNOLOGY C 600 GRANT STREET
    PITTSBURGH PA 15219
17. PNEUMO ABEX LLC
    ALIAS: S/I/I/T ABEX CORPORATION (ABEX)
    C/O CORPORATION SERVICE COMPAN 251 LITTLE FALLS DRIVE

WILMINGTON DE 19808

18. PRATT & WHITNEY POWER SYSTEMS, INC.
CT CORPORATION SYSTEMS 28 LIBERTY STREET
NEW YORK NY 10005
19. REDCO CORPORATION
ALIAS: F/K/A CRANE CO.
THE CORPORATION TRUST COMPANY 1209 ORANGE STREET
WILMINGTON DE 19801
20. STERLING WANDER LLLP
ALIAS: F/K/A HONEYWELL INTERNATIONAL, INC., A/S/I/I/T BENDIX
100 CHARLES EWING BLVD SUITE 160
EWING NJ 08628
21. THE B.F. GOODRICH COMPANY, (GOODRICH CORPORATION)
CT CORPORATION SYSTEM 28 LIBERTY ST, 42ND FL
NEW YORK NY 10005
22. THE GOODYEAR TIRE AND RUBBER COMPANY
CORPORATION SERVICE COMPANY 80 STATE STREET
ALBANY NY 12207
23. UNION CARBIDE CORPORATION
CT CORPORATION SYSTEMS 28 LIBERTY ST, 42ND FL
NEW YORK NY 10005
24. VOITH HYDRO, INC.,
ALIAS: INDIVIDUALLY AND AS SUCCESSOR TO ALLIS CHALMERS
CORPORATION TRUST CENTER 1209 ORANGE STREET
WILMINGTON DE 19801
25. WARREN PUMPS, LLC
CT CORPORATION 1209 ORANGE STREET
WILMINGTON DE 19801

**WEITZ & LUXENBERG**
*A New York Professional Corporation*
By: JASON B. DUNCAN, ESQUIRE
Atty Id: 87946
220 Lake Drive East, Suite 210
Cherry Hill, NJ 08002
(856)755-1115

Filed and Attested by the Office of Judicial Records 21 OCT 2025 05:21 pm B. BALILONIS

Attorneys for Plaintiff(s)

| | |
|---|---|
| RICHARD C TODD JR. and VICKY TODD<br>32 Stoney Run Road<br>Dillsburg, PA 17019<br><br>Plaintiff(s)<br><br>vs.<br><br>84 LUMBER COMPANY, et al.<br><br>Defendants. | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>TERM 2025<br>NO.<br><br>ASBESTOS CASE<br><br>JURY TRIAL DEMANDED |

# NOTICE TO PLEAD

**NOTICE**

You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance, personally, or by an attorney, and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you, and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral and Information Service
One Reading Center
Philadelphia, PA 19107
Telephone: 215-238-1701

**AVISO**

Le han demandado a usted en la corte. Si usted quiere de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plaza al partif de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abagado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dienero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABAGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIATION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
Telefono: 215-238-1701

**WEITZ & LUXENBERG**
*A New York Professional Corporation*
By: JASON B. DUNCAN, ESQUIRE
Atty Id: 87946
220 Lake Drive East, Suite 210
Cherry Hill, NJ 08002
(856)755-1115

Attorneys for Plaintiff(s)

| | |
|---|---|
| RICHARD C TODD JR. and VICKY TODD<br>32 Stoney Run Road<br>Dillsburg, PA 17019<br><br>Plaintiff(s)<br>vs.<br><br>84 LUMBER COMPANY, et al.<br><br>Defendants | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>TERM 2025<br>NO.<br><br>ASBESTOS CASE<br><br>JURY TRIAL DEMANDED |

**SHERIFF'S SERVICE LIST**

**84 LUMBER COMPANY**
1019 Route 519
Eighty Four, PA 15330

**PARAMOUNT GLOBAL, f/k/a VIACOMCBS Inc.,
f/k/a CBS CORPORATION, a Delaware Corporation,
f/k/a/ VIACOM INC., successor by merger to CBS
CORPORATION, a PENNSYLVANIA CORPORATION, f/k/a
WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

**WEITZ & LUXENBERG**
*A New York Professional Corporation*
By: JASON B. DUNCAN, ESQUIRE
Atty Id: 87946
220 Lake Drive East, Suite 210
Cherry Hill, NJ 08002
(856)755-1115

Attorneys for Plaintiff(s)

| | |
|---|---|
| RICHARD C TODD JR. and VICKY TODD<br>32 Stoney Run Road<br>Dillsburg, PA 17019<br><br>Plaintiff(s)<br><br>vs.<br><br>84 LUMBER COMPANY, et al.<br><br>Defendants. | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>TERM 2025<br>NO.<br><br>ASBESTOS CASE<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS SERVICE LIST**

**84 LUMBER COMPANY**
1019 Route 519
Eighty Four, PA 15330

**CARRIER CORPORATION**
600 Mamaroneck Avenue, #400
Harrison, NY 10528

**CURTISS-WRIGHT CORPORATION**
10 Waterview Boulevard, 2nd Floor
Parsippany, NJ 07054

**DCo LLC f/k/a DANA COMPANIES, LLC**
CT CORPORATION
4701 Cox Road, #285,
Glen Allen, VA 23060

**EATON HYDRAULICS LLC ( Successor by merger to EATON HYDRAULICS INC. f/k/a VICKERS, INC.)**
CT Corporation System
28 Liberty St, 42nd Fl

New York, NY 10005

**ELECTROLUX HOME PRODUCTS, INC.**
**Individually, and as Successor to Tappan and Copes-Vulcan**
CT Corporation
28 Liberty Street
New York, NY 10005

**FEDERAL- MOGUL ASBESTOS PERSONAL INJURY TRUST**
**as a successor to FELT PRODUCTS MFG. CO.**
C/O Wilmington Trust SP Services
1105 N. Market Street, Suite 1300
Wilmington, DE 19801

**GENERAL ELECTRIC COMPANY**
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

**GENUINE PARTS COMPANY, trading as NAPA AUTO PARTS**
CT Corp
289 S. Culver Street
Lawrenceville, GA 30046

**GOULDS PUMPS LLC**
CT Corporation System
28 Liberty St, 42nd Fl
New York, NY 10005

**ITT LLC.,**
**Individually and as successor to BELL & GOSSETT and as successor to KENNEDY VALVE MANUFACTURING CO., Inc**.
CT Corporation
28 Liberty Street
New York, NY 10005

**JOY GLOBAL SURFACE MINING INC., f/k/a P&H MINING EQUIPMENT INC.**
CT Corp
301 S. Bedford Street
Suite 1
Madison, WI 53703

**MORSE TEC LLC, f/k/a BORG WARNER MORSE TEC LLC**
**and Successor-by-Merger to BORG-WARNER CORPORATION**

CT Corporation
1209 Orange Street
Wilmington, DE 19801

**NAVISTAR, INC., a/k/a INTERNATIONAL TRUCK & ENGINE CORP. f/k/a INTERNATIONAL HARVESTER, INC.**
CSC
80 State street
Albany, NY 12207

**NORTHROP-GRUMANN CORPORATION, Individually and as Successor in interest to GRUMMAN CORPORATION, and GRUMMAN FLXIBLE**
CT Corporation
28 Liberty Street
42nd Floor
New York, NY 10005

**PARAMOUNT GLOBAL, f/k/a VIACOMCBS Inc., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a/ VIACOM INC., successor by merger to CBS CORPORATION, a PENNSYLVANIA CORPORATION, f/k/a WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

**PNEUMO ABEX LLC, successor in interest to ABEX CORPORATION (ABEX)**
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**PRATT & WHITNEY POWER SYSTEMS, INC.**
CT Corporation Systems
28 Liberty Street
New York, NY 10005

**REDCO CORPORATION f/k/a CRANE CO.**
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

or

Redco Corporation
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801

**STERLING WANDER LLLP f/k/a HONEYWELL INTERNATIONAL, INC., as successor in interest to BENDIX**
100 Charles Ewing Blvd
Suite 160
Ewing, NJ 08628

**THE B.F. GOODRICH COMPANY, (GOODRICH CORPORATION)**
CT Corporation System
28 Liberty St, 42nd Fl
New York, NY 10005

**THE GOODYEAR TIRE AND RUBBER COMPANY**
Corporation Service Company
80 State Street
Albany, NY 12207

**UNION CARBIDE CORPORATION**
CT Corporation Systems
28 Liberty St, 42nd Fl
New York, NY 10005

**VOITH HYDRO, INC., Individually and as Successor to Allis Chalmers**
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**WARREN PUMPS, LLC**
CT Corporation
1209 Orange Street
Wilmington, DE 19801

**WEITZ & LUXENBERG**
*A New York Professional Corporation*
By: JASON B. DUNCAN, ESQUIRE
Atty Id: 87946
220 Lake Drive East, Suite 210
Cherry Hill, NJ 08002
(856)755-1115

Attorneys for Plaintiff(s)

| | |
|---|---|
| RICHARD C TODD JR. and VICKY TODD<br>32 Stoney Run Road<br>Dillsburg, PA 17019<br><br>Plaintiff(s)<br><br>vs.<br><br>84 LUMBER COMPANY, et al.<br><br>Defendants. | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>TERM 2025<br>NO.<br><br>ASBESTOS CASE<br><br>JURY TRIAL DEMANDED |

**CIVIL ACTION COMPLAINT**

Plaintiff(s) incorporate by reference Plaintiffs Master Long Form Complaint In re: Asbestos Litigation in Philadelphia County Court of Common Pleas, filed as of October Term 1986, No. 8610-0001. Pursuant to an Order dated July 30, 1986, and signed by the Honorable Richard B. Klein, the following Short Form Complaint is utilized in this asbestos action.

1. This Complaint involves the claims of the following person(s):
   a. Plaintiff:
      Name: RICHARD C TODD JR.
      Address: 32 Stoney Run Road
      Dillsburg, PA 17019
      SSN: xxx-xx-1886
      Date of Birth: December 27, 1943

   b. Plaintiff-spouse:
      Name: VICKY E TODD
      Address: 32 Stoney Run Road
      Dillsburg, PA 17019
      SSN: xxx-xx-0926
      Date of Birth: January 14, 1944

2. The Defendants are those companies listed in the caption.

3. Plaintiff(s) might have named as defendants other additional entities responsible for the manufacture, distribution and/or supply of products that contained asbestos or were designed to be used with asbestos, except that such other entities have petitioned for relief in bankruptcy under the United States Bankruptcy Code and, pursuant to federal statute, the institution of actions against these entities is stayed.

4. Plaintiff(s) hereby incorporate by reference the following Counts from the Master Long Form Complaint: Counts I through X.

5. Plaintiff(s) asbestos employment history is as follows:

| | | | | | |
|---|---|---|---|---|---|
| Diamond Tee Dump | | | 01/1960 | 12/1960 | Driver |
| Harbold Esso Gas Station | Dillsburg | PA | 1958 | 1962 | Auto Mechanic |
| Ski Round Top Ski Resort | York County | PA | 01/1963 | 12/1964 | Laborer |
| U.S. Navy | USS Randolph | | 01/1964 | 12/1968 | Aviation Machinist Mate |
| Various Sites | Central | PA | 01/1968 | 12/1969 | Laborer |
| Voith Hydro/Allis Chalmers | YORK | PA | 01/1969 | 12/1997 | WELDER/Laborer |
| Worthington Steel Plant | York | PA | 01/1997 | 12/2009 | Welder/Fabricator |

Mr. Todd was occupationally exposed to asbestos while in the Navy and from his work as an automobile mechanic. From approximately 1958 until he went into the Navy in 1964, Mr. Todd worked as a mechanic at Harbold Esso Service Station in Dillsburg, PA. He was exposed to asbestos containing automotive brakes, clutches and gaskets while working as a mechanic. From 1964 through 1968 Mr. Todd was exposed to asbestos while serving as an aviation machinist mate

onboard the USS Randolph. He was exposed to boilers, pumps, insulation, gaskets, valves, packing, engines gaskets, aircraft brakes, and other aircraft parts, as well as other equipment onboard the Randolph. Mr. Todd also worked on shore on aircraft at various locations when the aircraft were in hangars for repairs.

Mr. Todd was discharged from the Navy in 1968 and returned home to Pennsylvania. From 1968-1969 Mr. Todd worked as a welder and laborer for various jobs and locations including but not limited to the Pennsylvania Highway Department repairing roads. From 1969 until 1997, Mr. Todd worked for Allis-Chalmers/Voith Hydro as a welder and laborer in the hydro turbine department in York, Pennsylvania. He was exposed to asbestos while working at this location from welding rods, welding materials, blankets, gloves, cranes, crane brakes, pipe covering, and insulation and other equipment.

Mr. Todd also performed shade tree automotive, and tractor work his entire life which resulted in his exposure to asbestos from brakes, clutches, and gaskets on automobiles as well as tractors while he was a farmer.

6. Plaintiff was diagnosed on or around June 5, 2025, as having Mesothelioma which is the direct and proximate result of his exposure to asbestos dust and fibers. This exposure arose from working with or around asbestos containing products manufactured and distributed by defendants as well as while working for Allis Chalmers/Voith Hydro as an employee and working on their premises.

7. Plaintiff's smoking history:

Plaintiff smoked approximately 1 pack per month from 1965 until 1986.

8. Plaintiff's wages during his full year of employment were:

a. To be supplied if applicable.

WHEREFORE, Plaintiffs pray for judgment against the defendants and each of them individually, jointly and severally for compensatory damages in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), punitive damages, and all such damages and relief as the Court deems just and proper.

**WEITZ & LUXENBERG, P.C.**
**Attorneys for Plaintiff(s)**

By: ____________________
Jason B. Duncan, Esq.

**VERIFICATION**

I, Jason B. Duncan, Esq., attorney for Plaintiff(s), verify that the facts set forth in the foregoing are true and correct to the best of my information, knowledge and belief.

I understand that the statements contained herein are subject to the penalties of 18 PA C.S.A. Sec. 4904 relating to unsworn falsification to authorities.

Dated: October 21, 2025

____________________________
Jason B. Duncan, Esq.

**CERTIFICATION**

I, Jason B. Duncan, Esq., attorney for the Plaintiff(s), certifies pursuant to Pennsylvania Rule No. 205.4 that the hard copy of this electronically filed document was properly signed.

Dated: October 21, 2025

____________________________
Jason B. Duncan, Esq.